**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:10-cv-00196-BAH |
| NATIONAL SECURITY AGENCY | ) ) ) ) ) | |
| Defendant. | ) ) | |

## **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant National Security Agency, by and through their undersigned council, hereby move for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment to Defendant and dismissing Plaintiff's action. A memorandum in support of Defendants' motion, accompanying declarations, a Statement of Material Facts Not in Dispute, and a proposed order are attached hereto.

DATED: October 11, 2011

                                                                                       Respectfully submitted,

                                                                                       TONY WEST
                                                                                        Assistant Attorney General

                                                                                       RONALD C. MACHEN
                                                                                      United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

 _/s/Joshua Wilkenfeld_
JOSHUA WILKENFELD
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel: (202) 305-7920
Fax: (202) 616-8470
Email: joshua.i.wilkenfeld@usdoj.gov

*Counsel for Defendants*