**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:10-cv-00196-BAH |
| THE UNITED STATES NATIONAL SECURITY AGENCY | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, CROSS-MOTION FOR SUMMARY JUDGMENT, AND REQUEST FOR ORAL HEARING**

Plaintiff the Electronic Privacy Information Center ("EPIC") opposes Defendant U.S. National Security Agency's ("NSA") October 11, 2011 Motion for Summary Judgment, and cross-moves for summary judgment.

A statement of genuine issues regarding Defendant's statement of material facts, Plaintiff's statement of material facts not in dispute, a memorandum of points and authorities, and a proposed Order are filed herewith.

Pursuant to LCvR 7(f), Plaintiff requests an oral hearing on the parties' cross-motions.

                                                                                     Respectfully submitted,
                                                                                     */s/ John Verdi*
                                          MARC ROTENBERG (DC Bar # 422825)
                                          JOHN VERDI (DC Bar # 495764)
                                          AMIE STEPANOVICH*
                                          Electronic Privacy Information Center
                                          1718 Connecticut Ave., NW
                                          Suite 200
                                          Washington, D.C. 20009
                                          (202) 483-1140
                                          *Counsel for Plaintiff*

\* Ms. Stepanovich a member of the Bar of
  the State of New York