# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNITED STATES NATIONAL SECURITY AGENCY<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:10-cv-00196-BAH<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

In accordance with LCvR 7(h), Plaintiff the Electronic Privacy Information Center submits this statement of genuine issues in opposition to Defendant's statement of material facts.

**11. Defendant's alleged fact:** "Specifically, regarding item 3 of the FOIA request, NSA informed Plaintiff that there were two responsive documents, but they would be withheld in their entirety based on the fifth exemption of the FOIA because the information contained in these two documents were covered by the deliberative process privilege. Additionally, information in both documents was exempt from release based on the third exemption of the FOIA because the information was protected from released by statute. Further, information in one of these two documents was also exempt based on the first exemption of the FOIA because the information was currently and properly classified in accordance with the governing executive order."

**Genuine Issue:** Plaintiff disputes Defendant's alleged fact insofar as it states legal conclusions.

**12. Defendant's alleged fact:** "These two documents were draft versions of NSA policies, and they were not finalized at the time the Agency conducted its search for records responsive to the Plaintiff's June 25, 2009 FOIA request…"

**Genuine Issue:** Plaintiff disputes Defendant's alleged fact insofar as it is a legal conclusion.

**13. Defendant's alleged fact:** "Finally, the NSA's October 26, 2009 letter informed Plaintiff that there was one document that was responsive to item #1 of its request. NSA informed Plaintiff that it had forwarded this document to the National Security Council for a release determination."

**Genuine Issue:** Plaintiff disputes the second sentence of Defendant's alleged fact insofar as it is inconsistent with the October 26, 2009 letter, which states that the document "did not originate with the agency," and that "the subject document has been referred to the National Security Council for review and direct response to you."