UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:10-cv-00196-BAH |
| NATIONAL SECURITY AGENCY | ) ) ) ) ) | |
| Defendant. | ) ) | |

**DEFENDANT'S STATEMENT OF GENUINE ISSUES IN OPPOSITION TO
PLAINTIFF'S STATEMENT OF MATERIAL FACTS**

Pursuant to Local Civil Rule 7(h) of the Rules of the United States District Court for the District of Columbia, defendant National Security Agency hereby submits this statement of genuine issues in opposition to Plaintiff's statement of material facts.

1. Paragraph 2 of Plaintiff's statement of material facts asserts that "The NSA has been involved with the development and execution of cybersecurity policy pursuant to NSPD 54 since its issuance." Contrary to the requirements of the Local Rules, Plaintiff did not "include references to the parts of the record relied on to support th[is] statement." Local Civil Rule 7(h)(1). Instead, as described in the declaration of Diane M. Janosek (attached to NSA's Motion for Summary Judgment), "NSA/CSS has a role in the [Comprehensive National Cybersecurity Initiative], but any operational or amplifying details are properly and currently classified in accordance with E.O. 13526 and/or protected from release by statute, specifically, Section 6 of the National Security Agency

Act of 1959 . . . ; and/or Section 102A(i)(1) of the Intelligence Reform and Terrorism Prevention Act of 2004." Janosek Decl. ¶ 9. In any event, NSA's precise involvement in the development and execution of cybersecurity policy does not constitute a material fact at issue in this dispute.

DATED: December 8, 2011

> Respectfully submitted,
>
> TONY WEST
> Assistant Attorney General
>
> RONALD C. MACHEN
> United States Attorney
>
> ELIZABETH J. SHAPIRO
> Deputy Branch Director
>
>  */s/Joshua Wilkenfeld*
> JOSHUA WILKENFELD
> Trial Attorney
> U.S. Department of Justice
> Civil Division, Federal Programs Branch
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20530
> Tel: (202) 305-7920
> Fax: (202) 616-8470
> Email: joshua.i.wilkenfeld@usdoj.gov
>
> *Counsel for Defendants*