UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL SECURITY AGENCY** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 1:10-cv-00196-BAH |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of this court and all parties of record:

Please withdraw the appearance of John Verdi, Esquire as counsel in this case for the Electronic Privacy Information Center.

          Respectfully submitted,

          By: _____*John Verdi  /s/*_____
          John Verdi, Esquire (DC Bar # 495764)
          ELECTRONIC PRIVACY INFORMATION CENTER
          1718 Connecticut Avenue, N.W.
          Suite 200
          Washington, D.C. 20009
          (202) 483-1140 (telephone)
          (202) 483-1248 (facsimile)

Dated: March 28, 2012

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of March, 2012, a true copy of the foregoing Notice of Withdrawal of Appearance was served via ECF on:

Joshua Ilan Wilkenfeld
U.S. DEPARTMENT OF JUSTICE
Federal Programs Branch, Civil Division
20 Massachusetts Avenue, NW
Washington, DC 20009
(202) 305-7920
(202) 616-8470 (fax)
joshua.i.wilkenfeld@usdoj.gov

                                  *John Verdi /s/*
                                  John Verdi