IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 10-00196 (BAH) ) |
| NATIONAL SECURITY AGENCY, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please enter the appearance of Judson O. Littleton as counsel in this case for Defendant Department of Justice and remove the appearance of Joshua Wilkenfeld.

Dated: May 22, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

 */s/ Judson O. Littleton*
JUDSON O. LITTLETON
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W.
Washington, DC  20530
Tel.: (202) 305-8714
Fax: (202) 616-8470
E-Mail: judson.o.littleton@usdoj.gov

*Attorneys for Defendant*