UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES NATIONAL SECURITY ) <br>AGENCY )<br><br>Defendant. ) | Civil No. 1:10-cv-00196-BAH |

### NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Please enter the appearance of Ginger P. McCall, Esquire as counsel in this case for the Electronic Privacy Information Center.

                                   Respectfully submitted,

By: _____/s/_____
       Ginger P. McCall, Esquire (DC Bar # 1001104)
       Marc Rotenberg, Esquire (DC Bar # 422825)
       ELECTRONIC PRIVACY INFORMATION
       CENTER
       1718 Connecticut Avenue, N.W.
       Suite 200
       Washington, D.C. 20009
       (202) 483-1140 (telephone)
       (202) 483-1248 (facsimile)

Dated: October 10, 2012

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of May, 2012, a true copy of the foregoing Notice of Appearance was served via ECF on:

Lisa Zeidner Marcus
U.S. Department of Justice
Civil Division / Federal Programs Branch
20 Massachusetts Avenue, NW
Room 6112

         *Ginger P. McCall /s/*
         Ginger P. McCall