# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY ) | |
| INFORMATION CENTER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 10-00196 (BAH) |
| v. ) | |
| ) | |
| NATIONAL SECURITY AGENCY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that GREGORY DWORKOWITZ, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance in the above-captioned matter as a counsel of record for defendant. Please remove the appearance of Judson O. Littleton. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Dated: July 8, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Gregory Dworkowitz
GREGORY DWORKOWITZ
Trial Attorney
N.Y. Bar Registration No. 4796041
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 7107
Washington, DC  20530

Tel.: (202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:     July 8, 2013              */s/ Gregory Dworkowitz*
                                     GREGORY DWORKOWITZ

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, I caused a true and correct copy of the foregoing Notice to be served on plaintiff's counsel electronically by means of the Court's ECF system.

Dated:     July 8, 2013              */s/ Gregory Dworkowitz*
                                     GREGORY DWORKOWITZ