UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>NATIONAL SECURITY AGENCY,<br><br><br>　　　　　Defendant. | Civil Action No. 10-196 (BAH)<br>Judge Beryl A. Howell |

## ORDER

Upon consideration of the defendant's Motion for Summary Judgment, ECF No. 12, and the Plaintiff's Cross-Motion for Summary Judgment, ECF No. 13, the related legal memoranda in support and in opposition, the declarations submitted, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the defendant's Motion for Summary Judgment is GRANTED in part and DENIED in part; and it is further

**ORDERED** that the plaintiff's Cross-Motion for Summary Judgment is GRANTED in part and DENIED in part; and it is further

**ORDERED** that the defendant review its search to determine if any records found in that search are responsive to the plaintiff's FOIA request, conforming its interpretation of that request to the instructions of this Court. After such review, the defendant shall supplement its production to the plaintiff with any responsive records or, in the alternative, submit a *Vaughn* index detailing what records or portions of records are being withheld and under what exemptions to the FOIA; and it is further

**ORDERED** that, by November 4, 2013, the parties jointly file a proposed schedule to facilitate the timely production of records responsive to the second portion of the plaintiff's FOIA request and resolution of any disputes which may arise regarding their production; and it is further

**ORDERED** that the plaintiff's Motion for an Oral Hearing is denied as moot.

**SO ORDERED**

Date: October 21, 2013

_____
BERYL A. HOWELL
United States District Judge