**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,   Plaintiff,   v.   THE UNITED STATES NATIONAL SECURITY AGENCY,   Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 1:10-cv-00196-BAH<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of October 21, 2013, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant United States National Security Agency ("NSA") jointly submit the following status report and state as follows:

1. On October 21, 2013, the Court issued a memorandum opinion and entered an order granting in part and denying in part NSA's Motion for Summary Judgment and granting in part and denying in part EPIC's Cross-Motion for Summary Judgment.

2. The Court's October 21, 2013 Order directed NSA to "review its search to determine if any records found in that search are responsive to the plaintiff's FOIA request, conforming its interpretation of that request to the instructions of this Court," and thereafter "supplement its production to the plaintiff with any responsive records or, in the alternative, submit a *Vaughn* index detailing what records or portions of records are being withheld and under what exemptions to the FOIA." The Court's order further directed the parties to file, by November 4, 2013, a joint proposed schedule to "facilitate

1

the timely production of records responsive to the second portion of the plaintiff's FOIA request and resolution of any disputes which may arise regarding their production."

3. The parties have met and conferred and do hereby propose that NSA will provide any responsive records or, in the alternative, submit a *Vaughn* index detailing what records or portions of records are being withheld, by November 8, 2013.

4. Once the NSA completes its production of responsive documents, the parties will confer regarding any disputes which may arise regarding NSA's production, and do hereby propose that the parties will submit a Joint Status Report, in which the parties may provide their views regarding the need for further briefing, as well as dates for the same, by November 15, 2013.

| | |
|---|---|
| Dated: November 4, 2013 | Respectfully Submitted, |
| MARC ROTENBERG<br>EPIC Executive Director | STUART F. DELERY<br>Assistant Attorney General |
| */s/ Amie L. Stepanovich*<br>AMIE L. STEPANOVICH<br>JULIA HORWITZ[*]<br>ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, DC 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br>rotenberg@epic.org (email) | ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>*/s/ Gregory Dworkowitz*<br>GREGORY DWORKOWITZ<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 7107<br>Washington, DC 20530<br>(202) 305-8576 (telephone)<br>(202) 616-8470 (facsimile)<br>gregory.p.dworkowitz@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |

---

[*] Ms. Horwitz is barred in Maryland. Her application in the District of Columbia is pending.