UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES NATIONAL SECURITY AGENCY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil No. 1:10-cv-00196 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order on November 4, 2013, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") have conferred and hereby submit the following joint status report:

1. On November 8, 2013, NSA notified EPIC that NSA had reviewed its search in accordance with the instructions of this Court, and identified no records responsive to the item two of EPIC's FOIA Request.

2. NSA further notified EPIC that NSA had identified an additional document responsive to item three of EPIC's FOIA Request.  NSA produced a copy of this document in full to EPIC on November 8, 2013.

3. EPIC has reviewed NSA's November 8, 2013 notification and the produced document and the Parties hereby stipulate that there are no further substantive issues to be resolved by this Court.

4. The Parties propose that the Court allow four weeks for discussion of fees and costs.  If the Parties have not resolved any fee issues by December 16, 2013, they will on that day file an

additional Joint Status Report with the Court regarding further scheduling.

| | |
|---|---|
| Date: November 15, 2013 | Respectfully submitted, |
| | |
| MARC ROTENBERG<br>Executive Director | STUART F. DELERY<br>Assistant Attorney General<br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| | |
| /s/ *Amie Stepanovich*<br>AMIE STEPANOVICH<br>Director, Domestic Surveillance Project<br>Electronic Privacy Information Center<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>Tel: (202) 483-1140<br>Fax: (202) 483-1248<br>stepanovich@epic.org | /s/ *Gregory Dworkowitz*<br>GREGORY DWORKOWITZ<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 7107<br>Washington, DC 20530<br>Tel: (202) 305-8576<br>Fax: (202) 616-8470<br>gregory.p.dworkowitz@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |