UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**        **Plaintiff,**        **v.**        **UNITED STATES NATIONAL SECURITY AGENCY**        **Defendant.** | **Civil No. 1:10-cv-00196 (BAH)** |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order on November 15, 2013, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") have conferred and hereby submit the following joint status report:

1. On November 15, 2013, the Court closed this matter and directed the Parties to file a joint status report by today's date "indicating whether briefing on fees and costs will be necessary and, if so, a proposed schedule for such briefing."

2. The Parties subsequently engaged in settlement negotiations and are hopeful that they will be able to resolve the remaining differences without further litigation.

3. The Parties propose that the Court allow an additional four days for discussion of fees and costs.  If the Parties have not resolved any fee issues by December 20, 2013, they will on that day file an additional Joint Status Report with the Court regarding further scheduling.

Date: December 16, 2013              Respectfully submitted,

MARC ROTENBERG               STUART F. DELERY
Executive Director                 Assistant Attorney General

2

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Amie Stepanovich*
AMIE STEPANOVICH
Director, Domestic Surveillance Project
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Tel: (202) 483-1140
Fax: (202) 483-1248
stepanovich@epic.org


Counsel for Plaintiff

*/s/ Gregory Dworkowitz*
GREGORY DWORKOWITZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7107
Washington, DC 20530
Tel: (202) 305-8576
Fax: (202) 616-8470
gregory.p.dworkowitz@usdoj.gov


Counsel for Defendant