# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Electronic Privacy Information Center
Plaintiff

vs.   Civil Action No. 10-196

National Security Agency
Defendant

## NOTICE OF APPEAL

Notice is hereby given this 17th day of December, 20 13, that

Electronic Privacy Information Center

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the 21st day of October, 20 13

in favor of National Security Agency

against said Electronic Privacy Information Center

/s/ Marc Rotenberg
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Gregory Peter Dworkowitz
U.S. Department of Justice
Civil Division
20 Massachusetts Ave., NW
Washington, DC 20530