UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES NATIONAL SECURITY AGENCY<br><br>Defendant. | Civil No. 1:10-cv-00196 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order on December 17, 2013, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") have conferred and hereby submit the following joint status report:

1. On November 15, 2013, the Court closed this matter and directed the Parties to file a joint status report by December 16, 2013, "indicating whether briefing on fees and costs will be necessary and, if so, a proposed schedule for such briefing."

2. The Parties subsequently engaged in settlement negotiations and reported on December 16, 2013, that they were hopeful that they would be able to resolve the remaining differences without further litigation.

3. Since then, the Parties have continued to engage in settlement negotiations, and have further narrowed the differences between them. Though they have not yet reached resolution on these matters, they remain hopeful that they will be able to resolve the remaining differences without further litigation.

4. The Parties propose that the Court allow an additional three weeks for discussion of fees and

costs.  If the Parties have not resolved any fee issues by January 10, 2014, they will on that day file an additional Joint Status Report with the Court regarding further scheduling.

| | |
|---|---|
| Date: December 20, 2013 | Respectfully submitted, |
| MARC ROTENBERG<br>Executive Director | STUART F. DELERY<br>Assistant Attorney General<br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| */s/ Amie Stepanovich*<br>AMIE STEPANOVICH<br>Director, Domestic Surveillance Project<br>Electronic Privacy Information Center<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>Tel: (202) 483-1140<br>Fax: (202) 483-1248<br>stepanovich@epic.org | */s/ Gregory Dworkowitz*<br>GREGORY DWORKOWITZ<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW, Room 7107<br>Washington, DC 20530<br>Tel: (202) 305-8576<br>Fax: (202) 616-8470<br>gregory.p.dworkowitz@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendant |