**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**<br><br>   Plaintiff,<br><br>  v.<br><br>**UNITED STATES NATIONAL SECURITY AGENCY**<br><br>   Defendant. | Civil No. 1:10-cv-00196 (BAH) |

## **DEFENDANT'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

On January 27, 2014, Defendant National Security Agency ("NSA") served on Plaintiff Electronic Privacy Information Center ("EPIC") an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68. On February 9, 2014, EPIC served on NSA written notice accepting the Offer of Judgment.

Attached hereto as Exhibit A is the Offer of Judgment referenced above, and as Exhibit B is the proof of service of the Offer of Judgment.

Dated: February 10, 2014     Respectfully submitted,

                STUART F. DELERY
                Acting Assistant Attorney General

                ELIZABETH J. SHAPIRO
                Deputy Branch Director

                /s/ Gregory Dworkowitz
                GREGORY DWORKOWITZ
                Trial Attorney
                N.Y. Bar Registration No. 4796041
                United States Department of Justice
                Civil Division, Federal Programs Branch
                20 Massachusetts Ave., NW, Rm. 7107
                Washington, DC  20530

Tel.: (202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2014, I caused a true and correct copy of the foregoing Defendant's Notice of Acceptance of Offer of Judgment to be served on plaintiff's counsel electronically by means of the Court's ECF system.

Dated:    February 10, 2014              */s/ Gregory Dworkowitz*
                                                         GREGORY DWORKOWITZ