UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES NATIONAL SECURITY AGENCY<br><br>   Defendant. | Civil No. 1:10-cv-00196 (BAH) |

**<u>DEFENDANT'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT</u>**

Exhibit A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY ) | |
| INFORMATION CENTER ) | |
|   ) | |
|   Plaintiff, ) | |
|   ) | Civil Action No. 10-00196 (BAH) |
|   v. ) | |
|   ) | |
| NATIONAL SECURITY AGENCY, ) | |
|   ) | |
|   Defendant. ) | |
|   ) | |

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant National Security Agency hereby offers to allow judgment to be taken against it, in the amount of $3,500.00, in full resolution of all claims of Plaintiff Electronic Privacy Information Center for all costs, including attorney's fees, incurred in this action. This offered amount includes all costs accrued, including all attorney's fees and all fees on fees.

This offer of judgment is made for the purposes specified in Rule 68 and is not to be construed either as an admission that Defendant is liable in this action or that Plaintiff has suffered any damages or as evidence that Plaintiff is eligible or entitled to costs, including attorney's fees, under the Freedom of Information Act.

Dated: January 27, 2014

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Gregory Dworkowitz
GREGORY DWORKOWITZ

Trial Attorney
N.Y. Bar Registration No. 4796041
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Rm. 7107
Washington, DC  20530
Tel.: (202) 305-8576
Fax: (202) 616-8470
Email: gregory.p.dworkowitz@usdoj.gov

Counsel for Defendant