UNITED STATES COURTS DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| ELECTRONIC PRIVACY INFORMATION CENTER |
|---|
| Plaintiff(s) |

Civil Action No. 10-196 (BAH)

| UNITED STATES NATIONAL SECURITY AGENCY |
|---|
| Defendant(s) |

## JUDGMENT ON OFFER & ACCEPTANCE

Defendant in the above-captioned action having submitted to the Plaintiff in this action an Offer of Judgment, and Plaintiff having served written notice upon Defendant that the offer was accepted, and the said offer and notice of acceptance with proof of service thereof having been filed by the Defendant, and approved by the Court,

JUDGMENT is entered for ELECTRONIC PRIVACY INFORMATION CENTER against UNITED STATES NATIONAL SECURITY AGENCY in this action, in the amount of $3,500.00 (Three Thousand Five Hundred Dollars), in full resolution of all claims of Plaintiff Electronic Privacy Information Center for all costs, including attorney's fees, incurred in this action. This offered amount includes all costs accrued, including all attorney's fees and all fees on fees.

Date  2/11/2014        Signature of clerk or deputy clerk

Digitally signed by Teresa Gumiel
DN: cn=Teresa Gumiel, o=usdc, ou,
email=Teresa_Gumiel@dcd.uscourts.gov, c=US
Date: 2014.02.11 09:49:11 -05'00'

ANGELA D. CAESAR, CLERK OF COURT