**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ELECTRONIC PRIVACY INFORMATION CENTER**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES NATIONAL SECURITY AGENCY**<br><br>**Defendant.** | ) | **Civil No. 1:10-cv-00196 (BAH)** |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order of December 23, 2013, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") have conferred and hereby submit the following joint status report:

1. On July 31, 2014, the U.S. Court of Appeals for the D.C. Circuit, on joint motion of the Parties, dismissed the appeal in this case as moot, vacated the district court decision in part, and remanded to address any claim for fees. (ECF No. 38.)
2. The Parties are in agreement that there are no remaining issues in this case other than the determination of attorneys fees.
3. The Parties are in agreement that they should be afforded time to negotiate fees, with the hope of resolving this issue without additional proceedings in this matter.
4. Accordingly, the Parties propose that the Court allow four weeks for discussion of fees and costs. If the Parties have not resolved the fee issues by October 2, 2014, they will on that day file an additional Joint Status Report with the Court regarding further scheduling.

Date: September 2, 2014

MARC ROTENBERG
EPIC President

ALAN BUTLER
EPIC Appellate Advocacy Counsel

*/s/ Ginger McCall*
GINGER MCCALL
EPIC Open Government Director
Electronic Privacy Information Center
1718 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20009
Tel: (202) 483-1140
Fax: (202) 483-1248
mccall@epic.org

Counsel for Plaintiff

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Gregory Dworkowitz*
GREGORY DWORKOWITZ
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW, Room 7336
Washington, DC 20530
Tel: (202) 305-8576
Fax: (202) 616-8470
gregory.p.dworkowitz@usdoj.gov

Counsel for Defendant