# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ELECTRONIC PRIVACY | ) |
| INFORMATION CENTER | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1:10-cv-00196-BAH |
| | ) |
| NATIONAL SECURITY AGENCY | ) |
| | ) |
| Defendant. | ) |

_____ )

## JOINT STATUS REPORT

Pursuant to this Court's Order on September 2, 2014, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") hereby submit the following Joint Status Report proposing a schedule to control further proceedings in this matter:

1.  The Parties are in agreement that there are no remaining issues in this case other than the determination of attorneys fees.

2.  Fee negotiations are ongoing.  The Parties are in agreement that they should be afforded additional time to negotiate fees, and the Parties remain hopeful that this matter may be resolved without additional proceedings.

3.  Accordingly, the Parties propose that the Court allow two weeks for discussion of fees and costs. If the Parties have not resolved the fee issues by October 16, 2014, they will on that day file an additional Joint Status Report with the Court regarding further scheduling.

Date: October 2, 2014                                    Respectfully submitted,


MARC ROTENBERG                          JOYCE R. BRANDA
Executive Director                              Acting Assistant Attorney General

<table>
<tr><td>GINGER MCCALL<br>Director, EPIC Open Government Project</td><td>ELIZABETH J. SHAPIRO<br>Deputy Branch Director</td></tr>
</table>

| | |
|---|---|
| _/s/_      _Alan Jay Butler_ | _s/_     _Gregory Dworkowitz_ |
| ALAN JAY BUTLER | GREGORY DWORKOWITZ |
| (DC Bar # 1012128) | (N.Y. Bar Registration No. 4796041) |
| Senior Counsel | Trial Attorney |
| Electronic Privacy Information Center | United States Department of Justice |
| 1718 Connecticut Avenue, N.W. | Civil Division, Federal Programs Branch |
| Suite 200 | 20 Massachusetts Avenue, N.W. |
| Washington, D.C. 20009 | Washington, DC 20530 |
| Tel: (202) 483-1140 | Tel: (202) 305-8576 |
| Fax: (202) 483-1248 | Fax: (202) 616-8470 |
| butler@epic.org | gregory.p.dworkwitz@usdoj.gov |

**Attorneys for Plaintiff**          **Attorneys for Defendant**