UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER<br><br>   Plaintiff,<br><br>  v.<br><br>NATIONAL SECURITY AGENCY<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil No. 1:10-cv-00196-BAH<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to this Court's Order on October 3, 2014, Plaintiff Electronic Privacy Information Center ("EPIC") and Defendant National Security Agency ("NSA") hereby submit the following Joint Status Report proposing a schedule to control further proceedings in this matter:

1. The Parties are in agreement that there are no remaining issues in this case other than the determination of attorneys' fees.

2. On September 11, 2014, Plaintiff submitted what it considers to be a detailed bill of fees and costs to the Defendant. The Parties subsequently engaged in settlement negotiations, but have not reached an agreement regarding attorneys' fees, and now propose that the Court set the following briefing schedule for Plaintiff's Motion for Fees in this matter:

  Plaintiff's Motion for Attorneys' Fees:        October 31, 2014
  Defendant's Response to Motion for Attorneys' Fees:  November 24, 2014
  Plaintiff's Reply in Support of its Motion for Attorneys' Fees: December 8, 2014


Date: October 16, 2014             Respectfully submitted,


MARC ROTENBERG         JOYCE R. BRANDA
Executive Director          Acting Assistant Attorney General

1

| | |
|---|---|
| GINGER MCCALL<br>Director, EPIC Open Government Project | ELIZABETH J. SHAPIRO<br>Deputy Branch Director |
| */s/      Alan Jay Butler*<br>ALAN JAY BUTLER<br>(DC Bar # 1012128)<br>Senior Counsel<br>Electronic Privacy Information Center<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>Tel: (202) 483-1140<br>Fax: (202) 483-1248<br>butler@epic.org | *s/      Gregory Dworkowitz*<br>GREGORY DWORKOWITZ<br>(N.Y. Bar Registration No. 4796041)<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, N.W.<br>Washington, DC 20530<br>Tel: (202) 305-8576<br>Fax: (202) 616-8470<br>gregory.p.dworkwitz@usdoj.gov |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |