*EPIC v. NSA*, No. 10-00196 (BAH)
EPIC's Reply in Support of Motion for Attorneys' Fees and Costs

# Exhibit 1

## Declaration of Alan Butler

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER  ) ) ) ) | |
| Plaintiff,  ) ) | |
| v.  ) | No. 1:10-00196-BAH |
| ) | |
| NATIONAL SECURITY AGENCY  ) ) | |
| Defendant.  ) ) | |

**DECLARATION OF ALAN BUTLER**

I, Alan Jay Butler, do hereby state and declare as follows

     1.     I am Senior Counsel at the Electronic Privacy Information Center ("EPIC"). EPIC is a non-profit research center based in Washington, D.C. that focuses public attention on emerging privacy and civil liberties issues. EPIC frequently files requests under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), and is the Plaintiff in the above-captioned matter.

     2.     I am the billing attorney for EPIC in this case, and submit this declaration in support of EPIC's Motion for Attorneys' Fees and Costs. ECF No. 44. As the billing attorney, I am responsible for managing the preparation of billing records and affidavits submitted by EPIC. All statements made herein are true, and based on my personal knowledge.

     3.     For every case, EPIC designates a single attorney to manage billing records. The billing attorney is responsible for reviewing billing notes kept by all attorneys working on the case, and producing a final bill of costs for submission to the Court. Each of EPIC's attorneys maintain detailed and contemporaneous billing notes, which they submit to the billing attorney for entry into EPIC's billing database. The billing attorney is responsible for ensuing that these

notes are entered into the billing system and that the final bill of costs submitted to the court is clear, accurate, and reasonable based on billing judgment.

4.    The billing records submitted in this case were generated from the detailed, contemporaneous billing records of EPIC's attorneys. *See* Exs. 5-11, ECF No. 44-5 to -11.

5.    In order to prepare the final billing records submitted in this case, I reviewed the billing notes submitted by attorneys working on this case and used those notes to prepare a final bill of costs. I also reviewed the final bill of costs and made small edits as necessary to ensure accuracy and clarity and to facilitate review by the Court. I also exercised billing judgment to exclude some of the time spent by EPIC's attorneys. I reviewed the draft bills with other EPIC attorneys prior to final submission in order to ensure that they were complete and accurate. For example, I exercised billing judgment in discounting the hours spent by Mr. Tran researching and preparing a memo regarding Rule 68 and other FOIA fee recovery issues from 30.6 hours to 12 hours. All of the descriptions included in the bills submitted to the Court accurately describe the tasks completed and time billed based on the detailed and contemporaneous billing records of EPIC's attorneys.

6.    I also reviewed each billing entry to ensure that the final bill reflected proper billing judgment. In exercising billing judgment, I discounted hours by EPIC attorneys to ensure a fair allocation of time and to ensure that no double recovery would occur. Overall, EPIC reduced the total number of hours billed in this case by more than 30% based on billing judgment.

7.    As billing attorney, I was responsible for the preparation of the affidavits in support of the Motion for Attorneys' Fees and Costs. *See* Exs. 5-11, ECF No. 44-5 to -11. All of

EPIC's attorneys are currently licensed to practice law and were licensed to practice during the period where they billed on this matter.  I have also verified the following details:

   a.   Ginger McCall has been licensed to practice law since November 25, 2009, *see* Ex. A, and has been admitted to practice before this since July 11, 2011, *see* Ex. B.

   b.   Alan Butler has been licensed to practice law since December 15, 2011 (*see* Ex C) and has been admitted to practice before this Court since May 4, 2013 (*see* Ex. D).

   c.   Julia Horwitz has been licensed to practice law since December 12, 2012 (*see* Ex. E) and has been admitted to practice before this Court since May 5, 2014 (*see* Ex. F).

   d.   David Husband has been licensed to practice law since October 21, 2013. (*See* Ex. G.)

8.      In this case, EPIC has requested an award of $68,354.01 in attorney fees for time reasonably spent litigating this matter as well as an award of $730.28 in costs. This amount includes $15,777 in fees for work on the Cross Motion for Summary Judgment and Reply (Pl.'s Mot., Ex. 1, ECF No. 44.2), $33,890 in fees and costs for work on the appeal to the D.C. Circuit (Pl.'s Mot., Exs. 3, 13, 14, ECF Nos. 44.4, 44.14, 44.15), and $18,687 in fees-on-fees including $9,786 for time spent preparing the Reply, (Ex. H, at 2).

9.      I declare under penalty of perjury that the foregoing is true and correct. Executed on December 8, 2014.

_____
Alan Butler

# Exhibit A

# The Disciplinary Board
### of the Supreme Court of Pennsylvania

## PA Attorney Information

## Ginger P. McCall

| | |
|---|---|
| PA Attorney ID: | 307260 |
| Current Status: | Active |
| Date of Admission: | 11/25/2009 |
| Lawfirm: | |
| Other Organization: | Electric Privacy Information Center |
| District: | O |
| County: | Out of State |
| Public Access Address: | ELECTRONIC PRIVACY INFO CTR<br>1718 CONNECTICUT AVE NW #200<br>WASHINGTON, DC 20009 |
| Tel: | 724 263-9229 |
| Fax: | 202 483-1248 |
| Professional Liability Insurance: | I do not maintain Professional Liability Insurance because I do not have private clients and have no possible exposure to malpractice actions (e.g. retired, full-time in-house counsel, prosecutor, full-time government counsel, etc.). |
| Comment: | |
| Discipline: | |

©2007-2014 The Disciplinary Board of the Supreme Court of Pennsylvania. | **Disclaimer**

For questions or comments regarding the website, please contact us at **web.support@pacourts.us.**

Exhibit B



**Bar Member/Attorney Search Results**

1. **Ginger P. McCall**
   ELECTRONIC PRIVACY INFORMATION CENTER
   1718 Connecticut Avenue, NW
   Washington, DC 20009

   Email: mccall@epic.org
   Phone: (202) 483-1140
   Fax: (202) 483-1248
   Membership Status: Active
   Bar ID: 1001104
   Date of Admission: 07/11/2011
   Last Renewal Date: 07/11/2011
   **RENEWAL IS EVERY 3 YEARS**

# Exhibit C

# THE STATE BAR
# OF CALIFORNIA

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617          TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

December 3, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ALAN JAY BUTLER, #281291 was admitted to the practice of law in this state by the Supreme Court of California on December 15, 2011; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records

Exhibit D



**Bar Member/Attorney Search Results**

1. **Alan Jay Butler**
   ELECTRONIC PRIVACY INFORMATION CENTER
   1718 Connecticut Avenue, NW
   Washington, DC 20009

   Email: butler@epic.org
   Phone: (202) 483-1140
   Fax:
   Membership Status: Active
   Bar ID: 1012128
   Date of Admission: 03/04/2013
   Last Renewal Date: 03/04/2013
   **RENEWAL IS EVERY 3 YEARS**

Exhibit E



# Client Protection Fund List ing of Maryland Attorneys

**Last Name starts with : HORWITZ**      First Name contains : **JULIA**      Thu Dec 4 13:05:35
EST 2014

| NAME | ADDRESS | CITY | STZIP | PHONE | ADMIT |
|------|---------|------|-------|-------|-------|
| HORWITZ,JULIA ANN | 9105 FRIARS RD | BETHESDA | MD 20817 | . | 12-12-12 |

[Return to Client Protection Fund Search page](#)

[ Home | Site Index | Opinions | Search | Jobs | FAQs ]

Exhibit F



**Bar Member/Attorney Search Results**

1. **Julia Horwitz**
   ELECTRONIC PRIVACY INFORMATION CENTER
   1718 Connecticut Avenue, NW
   Washington, DC 20009

   Email: horwitz@epic.org
   Phone: (202) 483-1140 x 120
   Fax:
   Membership Status: Active
   Bar ID: 1018561
   Date of Admission: 05/05/2014
   Last Renewal Date: 05/05/2014
   **RENEWAL IS EVERY 3 YEARS**

Exhibit G



# Virginia State Bar

1111 East Main Street, Suite 700
Richmond, Virginia 23219-3565
Telephone: (804) 775-0500

----------------

TDD (804) 775-0502

December 4, 2014


David Bryan Husband, Esquire
1201 S Eads St #1909
Arlington, VA  22202

Re:      Status with the Virginia State Bar

Dear Mr. Husband:

   Per your request, this will verify that you are an Active member of the Virginia State Bar
in good standing.  You were licensed to practice law in the Commonwealth of Virginia on
October 31, 2013, after successfully passing the bar examination given by the Virginia Board of
Bar Examiners.

   If you need further assistance, please feel free to contact me.

                   Sincerely,


                   Gale M. Cartwright
                   Director of Member Compliance


GMC/aap

Exhibit H

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

### 1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. NSA (10-196)

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 12/1/2014 | John Tran | 1.5 | $150.00 | $225.00 |
| **Description:** Review defendant's opposition and exhibits, and research new cases cited by defendant | | | | |
| 12/2/2014 | John Tran | 2.0 | $150.00 | $300.00 |
| **Description:** Research defendant's opposition and exhibits, and research new cases cited by defendant | | | | |
| 12/3/2014 | John Tran | 7.5 | $150.00 | $1,125.00 |
| **Description:** Draft fee reply | | | | |
| 12/4/2014 | Alan Butler | 1.9 | $300.00 | $570.00 |
| **Description:** Draft fee reply | | | | |
| 12/4/2014 | Alan Butler | 0.5 | $300.00 | $150.00 |
| **Description:** Preparation of exhibits re: attorney bar admissions | | | | |
| 12/4/2014 | Alan Butler | 0.9 | $300.00 | $270.00 |
| **Description:** Research FOIA fees billing requirements | | | | |
| 12/4/2014 | John Tran | 1.5 | $150.00 | $225.00 |
| **Description:** Research FOIA fees cases | | | | |
| 12/5/2014 | Alan Butler | 0.7 | $300.00 | $210.00 |
| **Description:** Draft fee reply | | | | |
| 12/5/2014 | Alan Butler | 2.0 | $300.00 | $600.00 |
| **Description:** Edit fee reply | | | | |
| 12/5/2014 | Alan Butler | 0.6 | $300.00 | $180.00 |
| **Description:** Research Fed. R. Evid. 408 | | | | |
| 12/6/2014 | Marc Rotenberg | 1.5 | $520.00 | $780.00 |
| **Description:** Edit fee reply | | | | |

## Case Billing Record

# Electronic Privacy Information Center (EPIC)

1718 Connecticut Ave., NW • Suite 200 • Washington, DC 20009

---

### EPIC v. NSA (10-196)

---

| Date | Attorney Name | Hours | Rate | Amount |
|------|---------------|-------|------|--------|
| 12/7/2014 | Marc Rotenberg<br>**Description:** Edit fee reply | 2.8 | $520.00 | $1,456.00 |
| 12/7/2014 | Alan Butler<br>**Description:** Edit fee reply | 4.2 | $300.00 | $1,260.00 |
| 12/8/2014 | John Tran<br>**Description:** Draft fee reply | 5.0 | $150.00 | $750.00 |
| 12/8/2014 | John Tran<br>**Description:** Edit fee reply | 4.0 | $150.00 | $600.00 |
| 12/8/2014 | Marc Rotenberg<br>**Description:** Edit fee reply | 0.5 | $520.00 | $260.00 |
| 12/8/2014 | Alan Butler<br>**Description:** Edit fee reply | 1.0 | $300.00 | $300.00 |
| 12/8/2014 | John Tran<br>**Description:** Edit fee reply | 0.5 | $150.00 | $75.00 |
| 12/8/2014 | Alan Butler<br>**Description:** Preparation and filing of fee reply and exhibits | 1.0 | $300.00 | $300.00 |
| 12/8/2014 | Alan Butler<br>**Description:** Preparation supplemental billing records and affidavits | 0.5 | $300.00 | $150.00 |

**Total Hours:   40.1**                          **Total Amount:   $9,786.00**