# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER, | |
| Plaintiff, | Civil Action No. 10-196 (BAH) |
| v. | Judge Beryl A. Howell |
| NATIONAL SECURITY AGENCY, | |
| Defendant. | |

## ORDER

Upon consideration of the Plaintiff's Motion for Attorneys' Fees and Costs, ECF No. 44, the memoranda and exhibits submitted in support and opposition thereof, and the entire record herein, it is hereby

**ORDERED** that, for the reasons stated in the accompanying Memorandum Opinion, the plaintiff's Motion is GRANTED in part and DENIED in part; and it is further

**ORDERED** that the defendant shall pay the plaintiff $31,180.00 for its reasonable attorneys' fees and costs incurred as a result of this litigation, by May 11, 2015.

**SO ORDERED.**

*This is a final and appealable Order.*

Date: April 8, 2015

_____
BERYL A. HOWELL
United States District Judge